UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| STANLEY WOODWORKING, INC. | : CASE NO. 1-22-00633-HWV |
| | : |
| Debtor | : CHAPTER 7 |
| | : |
| LEON P. HALLER, Trustee | : |
| Movant | : |
| vs. | : |
| | : |
| R. THOMAS FITZGERALD, FULTON BANK, N.A. | : |
| C T CORPORATION SYSTEM, ASSN COMPANY, | : |
| CORPORATION SERVICE COMPANY, VOX | : |
| FUNDING, LLC and SPARK FUNDING, LLC d/b/a | : |
| FUNDAMENTAL CAPITAL, KAPITUS, | : |
| NEWCO CAPITAL GROUP, VI, LLC, ONDECK | : |
| CAPITAL a/k/a CELTIC BANK, LIBERTAS | : |
| FUNDING, LLC | : |
| | : |
| Respondents | : |

### ORDER APPROVING TRUSTEE'S MOTION TO SELL MACHINERY, EQUIPMENT, INVENTORY AND A VEHICLE AT PUBLIC AUCTION FREE AND CLEAR OF LIENS

Upon consideration of the Trustee's Motion for Authority to Sell Machinery, Equipment, Inventory and a Vehicle at Trustee's Public Auction Sale, after due Notice to creditors and other parties in interest, no objections having been filed,

IT IS HEREBY ORDERED that Leon P. Haller, Trustee is hereby authorized to sell Debtor's machinery, equipment, inventory and a 2005 Ford Truck, VIN #1FTRF14W75KC681114 at Trustee's auction sale:

The proceeds shall be paid as follows:

(a)  Auctioneer's commission and expenses to Quaker City Auctioneers, Inc. as set forth in Trustee's Application for Appointment of Auctioneer.

(b) $20,000.00 to be paid to Leon P. Haller, Trustee to be deposited in the Trustee's estate bank account pending further Order.

(c) Net proceeds from sale of vehicle to Leon P. Haller, Trustee to be deposited in the Trustee's estate bank account pending further Order.

(d) Reimbursement to Susquehanna Bank for electric and oil from April 7, 2022, to June 30, 2022, as well as administrative rent for storage in the amount of $3,000.00.

(e) Net proceeds from sale of machinery, inventory and equipment to Fulton Bank which holds the first lien position.

(f) Balance, if any, to Leon P. Haller, Trustee, liens to attach to the proceeds.

Trustee is authorized to execute any and all papers and documents necessary to effectuate said sale.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 7, 2022