# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 6/8/2022
Case: 1:22−bk−00633−HWV     Form ID: pdf010     Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Leon P. Haller (Trustee) | lhaller@pkh.com |
| aty | Joseph P Schalk | joseph.schalk@usdoj.gov |
| aty | Keri P Ebeck | kebeck@bernsteinlaw.com |
| aty | Marc A. Hess | bankruptcy@henrybeaver.com |
| aty | Robert E Chernicoff | rec@cclawpc.com |

TOTAL: 5